851 A.2d 833

**William H. MILLER, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 13, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of May, 2004, probable jurisdiction is noted and the order appealed is affirmed.